UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OTTO ARCHIVE, LLC, a New York limited  :  23-cv-6993 (SHS)
company,

                     Plaintiff,          :  ORDER

  -against-

NB RUGS, INC., a New York corporation d/b/a
Doris Leslie Blau,

                   Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1. There will be a status conference on April 11, 2024, at 11:00 a.m.; and

2. The last day for completion of discovery is May 3, 2024.

Dated: New York, New York
       November 30, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.