UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTO ARCHIVE, LLC,

                           Plaintiff,

    -v-                                               CIVIL ACTION NO. 23 Civ. 6993 (SHS) (SLC)

NB RUGS, INC. d/b/a DORIS LESLIE BLAU,          **ORDER**

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, December 18, 2023 at 3:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:      New York, New York
              November 30, 2023

                                                    SO ORDERED.

                                                      _____
                                                      SARAH L. CAVE
                                                      United States Magistrate Judge