UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OTTO ARCHIVE, LLC, a New York Limited : 23-Cv-6993 (SHS)
Liability Company,

                Plaintiff,

   -against-                              ORDER

NB RUGS, INC., a New York Corporation d/b/a
Doris Leslie Blau,

                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having been notified that this matter has settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
       February 20, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.