UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO ARCHIVE, LLC,<br><br>                        Plaintiff,<br><br>  -v-<br><br>NB RUGS, INC. d/b/a DORIS LESLIE BLAU,<br><br>                       Defendant. | CIVIL ACTION NO. 23 Civ. 6993 (SHS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On May 20, 2024, Plaintiff requested that this case be reopened due to difficulty executing a settlement agreement. In light of this request, a telephone conference is scheduled for **Friday, June 7, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss the status of their settlement efforts.

Dated:      New York, New York
             May 21, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge