UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTO ARCHIVE, LLC,

                         Plaintiff,

-v-

NB RUGS, INC. d/b/a DORIS LESLIE BLAU,

                         Defendant.

CIVIL ACTION NO. 23 Civ. 6993 (SHS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, June 7, 2024, by **Monday, July 29, 2024**, Plaintiff shall file a letter confirming that payment has been received in accordance with the terms of the parties' settlement.

Dated:      New York, New York
              June 7, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge